## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carmen A. Indriso<br>&<br>Jeanne E. Indriso<br>    Debtor(s) | BK NO. 17-01770 RNO<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                    Respectfully submitted,

                                 **/s/James C. Warmbrodt, Esquire**
                                 James C. Warmbrodt, Esquire
                                 KML Law Group, P.C.
                                 BNY Mellon Independence Center
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA  19106
                                 412-430-3594