Certificate Number: 05781-PAM-DE-029368949

Bankruptcy Case Number: 17-01770



05781-PAM-DE-029368949

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 5, 2017, at 2:22 o'clock PM PDT, Carmen Indriso completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 5, 2017

By: /s/Allison M Geving

Name: Allison M Geving

Title: President